The opinion of the Court was delivered by
 

 Haul, Judge:
 

 To the General Assembly alone belongs the power of disposing of the vacant lands within the boundaries of this State. The Constitution,
 
 sec.
 
 36, declares that all grants shall run in the name of the State, and bear test and be signed by the Governor. The year after the adoption of the Constitution, the Legislature at their November session, declares that the Secretary shall
 
 *222
 
 make out grants for all surveys returned to his office, which grants shall be authenticated by the Governor and
 
 countersigned
 
 by the Secretary.
 
 *
 
 This is the only mode pointed out by the Legislature, whereby individuals can acquire a right to the unappropriated lands $ and if it be not pursued, no right can be acquired in any other way, sooner than if no mode at all had been pointed out. Nothing, therefore, passed by this
 
 instrument;
 
 as it is not pretended that Mr. Martin had title individually. The nonsuit must therefore stand, and the judgment be affirmed.
 

 *
 

 Act of Assembly,
 
 1777,
 
 ch. 1, s. 11.